**Order entered April 12, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01104-CV

## IN RE: ESTATE OF DANIEL E. WETZEL, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-00223-1**

## ORDER

Before the Court is appellee's April 9, 2021 agreed motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **May 10, 2021**.

/s/     KEN MOLBERG
        JUSTICE